DEFENDANT: Jamshid MUHTOROV, a/k/a Abumumin Turkistony, a/k/a Abu Mumin

YOB: 1976

ADDRESS: , Denver, CO 80247

OFFENSE: Provision of Material Support to a Designated Foreign Terrorist Organization

LOCATION OF OFFENSE: Arapahoe County, Denver, CO
(COUNTY/CITY/STATE)

PENALTY: NMT 15 years imprisonment; $250,000 fine, or both; NMT 5 years supervised release; $100.00 Special Assessment Fee; and restitution

AGENT: Special Agent Donald Hale – FBI

AUTHORIZED BY: Greg Holloway
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less    __X__ over five days    _____ other

THE GOVERNMENT

__X__ will seek detention in this case    _____ will **not** seek detention in this case

The statutory presumption of detention **is** applicable to this defendant. **(Circle one)**

OCDETF CASE:    _____ Yes    __X__ No