AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 12-mj-01011-CBS |
| Jamshid MUHTOROV, a/k/a Abumumin Turkistony, | ) |
|  | ) |
| *Defendant* |  |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Jamshid MUHTOROV, a/k/a Abumumin Turkistony, a/k/a Abu Mumin, ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
  Provision of Material Support to a Designated Foreign Terrorist Organization, Title 18, United States Code, Section 2339B.

Date: 01/16/2012   1/19/12 at 4:10 pm

*Issuing officer's signature*

City and state:    [signature] Denver Colorado

Craig B. Shaffer, United States Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____ . |

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*