IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-mj-01011-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMISHID MUHTOROV,

    Defendant.

## MOTION TO SEAL

The United States, by and through the undersigned Assistant United States Attorney, files this Motion to Seal and states as follows:

1. The government asks that the Criminal Complaint, the Government's Motion to Seal, the Order to Seal, Arrest Warrant, and any order resulting from the Criminal Complaint all be sealed until the arrest of the defendant in this case.

2. The release of the Complaint and related materials could substantially jeopardize the ongoing investigation. The release of this Complaint could jeopardize the ongoing investigation by alerting Defendant and his associates that the Government is actively seeking to arrest him. This information could lead Defendant to flee or alter his behavior.

WHEREFORE, the United States asks this Honorable Court to issue an order sealing, until the arrest of the defendant in this case, the Criminal Complaint, this Motion to Seal, Arrest Warrant, and any order issued by this Court with regard to the Criminal Complaint.

Respectfully submitted this 18th day of January, 2012.

                    JOHN F. WALSH
                    United States Attorney

                    s/ Greg Holloway
                    By:   GREG HOLLOWAY, WSBA #28743
                    Assistant United States Attorney
                    United States Attorney's Office
                    1225 Seventeenth Street, Suite 700
                    Denver, Colorado 80202
                    Telephone: (303) 454-0100
                    Facsimile: (303) 454-0403
                    Email: Gregory.Holloway@usdoj.gov