IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JAMSHID MUHTOROV,
    a/k/a "Abumumin Turkistony",
    a/k/a "Abu Mumin",

    Defendant.

---

## INDICTMENT
18 U.S.C. § 2339B – Material Support of a Designated Foreign Terrorist Organization and Attempt to do the Same

---

### COUNT 1

The Grand Jury charges that:

Between and on or about March 8, 2011 through January 21, 2012, inclusive, in the State and District of Colorado and elsewhere, the defendant, Jamshid MUHTOROV, a/k/a "Abumumin Turkistony", a/k/a "Abu Mumin", together with others both known and unknown to the Grand Jury, did knowingly provide and attempt to provide material support and resources, to wit: personnel (1 or more individuals who may be or include oneself), to a foreign terrorist organization, specifically the Islamic Jihad Union ("IJU"), continuously designated since June 12, 2005 and as amended on April 29, 2008, knowing that the organization was a designated

1

terrorist organization, that the organization had engaged in and was engaging in terrorist activity and terrorism, and the offense occurred in whole or in part within the United States.

All in violation of Title 18, United States Code, Section 2339B.

                                                  A TRUE BILL

```
                              Ink signature on file  /Clerk's
                              FOREPERSON              Office
```

JOHN F. WALSH
United States Attorney

```
 s/ Gregory A. Holloway
```
By: Gregory A. Holloway, WSBA #28743
Assistant United States Attorney
```
1225 - 17th Street, Suite 700
Denver, CO  80202
Telephone:  303-454-0100
Fax:  303-454-0201
e-mail:  gregory.holloway@usdoj.gov
Attorney for the Government
```