IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00033-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JAMSHID MUHTOROV,
      a/k/a Abumumin Turkistony,
      a/k/a Abu Mumin,

      Defendant.

_____

### MOTION FOR RELEASE ON CONDITIONS
_____

Jamshid Muhtorov, through counsel, Brian R. Leedy, Assistant Federal Public Defender, and pursuant to 18 U.S.C. §§ 3142(a)(2) and (c), respectfully requests release on a combination of conditions pending trial. As grounds he states as follows:

1.    A detention hearing is scheduled for February 14, 2012, at 9:00 a.m. Doc. 13. The "Information Sheet" attached to the Indictment states that the government will seek the detention of Mr. Muhtorov, and further that the "statutory presumption of detention" is not applicable. Doc. 5.[1]

2.    Mr. Muhtorov has moved to suppress any evidence obtained or derived from electronic surveillance or physical searches conducted pursuant to the Foreign Intelligence Surveillance Act (FISA) (50 U.S.C. §§ 1801-1811, 1821-1829), sought to be

---

[1] The "Information Sheet" misstates that the statutory penalty for a violation of 18 U.S.C. § 2339B as "NLT 15 years imprisonment." Doc. 5. 18 U.S.C. § 2339B carries a maximum statutory penalty of 15 years imprisonment, and does not carry a mandatory minimum sentence of imprisonment. 18 U.S.C. § 2339B(a)(1).

offered into evidence, or otherwise used or disclosed, by the government for purposes of seeking detention, pursuant to 50 U.S.C. §§ 1806(e) and 1825(f).  Doc. 14.

3. 18 U.S.C. §§ 3142(g) provides that in determining "whether there are conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community" the Court shall consider the nature and circumstances of the offense, the weight of the evidence against the person; and the history and characteristics of the person."  *Id.*

4. The Indictment alleges that Mr. Muhtorov "did knowingly provide and attempt to provide material support and resources, to wit: personnel (one or more individuals who may be or include oneself), to a foreign terrorist organization, specifically the Islamic Jihad Union ("IJU")" between March 8, 2011, and January 21, 2012.  Doc. 5.  The government has made clear that the accusations against Mr. Muhtorov do not include "plotting attacks against any targets inside the United States." **Attachment A** – Federal Bureau of Investigation Press Release dated January 23, 2012.

5. Mr. Muhtorov left his home country of Uzbekistan due to persecution he suffered at the hands of the authoritarian government.  Mr. Muhtorov was targeted by the regime due to his involvement with entities dedicated to the preservation and promotion of human rights in Uzbekistan, beginning with his involvement with efforts to defend local farmers against illegal land seizures.  According to a 2005 United States Department of State "Country Report on Human Rights Practices in Uzbekistan" in 2005

> "[t]here were reports that police arrested persons on false charges as an intimidation tactic to prevent them or their family members from exposing

corruption or interfering in local criminal activities.  In December Dildora Mukhtarova, the sister of human rights activist Jamshid Mukhtarov of the NGO Ezgulik, was arrested in Jizzakh in connection with a murder. Mukhtarov and the family's attorney maintained that the charges were fabricated as a means of intimidating Mukhtarov, who had attempted to defend local farmers against alleged illegal land seizures."

**Attachment B** – Country Report on Human Rights Practices in Uzbekistan, pg. 6.  The report goes on to state that "[a]uthorities continued to arbitrarily arrest persons on charges of extremist sentiments or activities, or association with banned religious groups."  *Id.*

6.     Mr. Muhtorov is 35 years old and has no criminal history.  He has lived in the United States with his wife and two children since being granted lawful immigration status as a political refugee in 2007.  Mr. Muhtorov's wife works, and his children attend school in Aurora, Colorado.  Mr. Muhtorov has been gainfully employed while living in the United States, utilizing his Commercial Driver's License in order to work for various trucking companies in the area.  **Attachment C** – Memoranda of Interviews of Ruth Ann Kallenburg and Kelly Ramirez of Lutheran Family Services, and Mustafa Kyaiev.  Mr. Muhtorov has been a dedicated father and husband while in Colorado, and has provided for his family consistently, creating a stable home environment for his children.  *Id.*

7.     In addition to his immediate family, Mr. Muhtorov's brother, Asil Muhtorov, lives in Denver, Colorado with his wife and family.  Mr. Muhtorov has regular contact with his brother and will be able to reside with him if released.  Mr. Muhtorov's brother also works in the trucking industry and will able to assist Mr. Muhtorov in finding employment upon release.

8. The government has seized Mr. Muhtorov's passport, and Mr. Muhtorov has no objection to it remaining in their custody as a condition of release. Without his passport, Mr. Muhtorov poses no risk of flight if released, particularly considering the strength of his ties to this community.

Among those who know him in Colorado, his adopted home, Mr. Muhtorov's reputation is that of a "gentle and friendly" man, a hard worker, and devoted husband and father. *See*, Attachment B.

Before he was granted refugee status as a result of his political persecution in Uzbekistan, Mr. Muhtorov had dedicated himself, at great personal cost, to the struggle for human rights in his home country. His efforts and sacrifices brought him to the attention of human rights organization active in Central Asia. It also, sadly, brought him to the attention of the authorities in Uzbekistan, and forced him to flee the country with his family.

The character of the person seeking pretrial release is one of the most important factors for the Court to consider in deciding if there are conditions of bail that can be set in a given case. Mr. Muhtorov's character, and the reputation he enjoys locally and internationally, strongly mitigate in favor of release.

    Respectfully submitted,

    RAYMOND P. MOORE
    Federal Public Defender


    s/ Brian R. Leedy
    BRIAN R. LEEDY
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:   (303) 294-7002
    FAX:             (303) 294-1192
    Brian.Leedy@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2012, I electronically filed the foregoing

### MOTION FOR RELEASE ON CONDITIONS

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Gregory A. Holloway
Assistant U.S. Attorney
Email: gregory.holloway@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Jamshid Muhtorov *(Via U.S. Mail)*

s/ Brian R. Leedy
BRIAN R. LEEDY
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:   (303) 294-7002
FAX:             (303) 294-1192
Brian.Leedy@fd.org
Attorney for Defendant