IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00033-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    JAMSHID MUHTOROV,

       Defendant.

_____

**DEFENDANT'S MOTION TO STRIKE ALIASES FROM INDICTMENT**
_____

    Jamshid Muhtorov, the defendant, moves pursuant to Rule 7(d) of the Rules of Criminal Procedure for an order striking the aliases from the indictment in his case.

    Federal Rule of Criminal Procedure 7(d) allows a court to strike surplusage from the indictment upon a motion by the defendant. "The purpose of Rule 7(d) is to protect a defendant against prejudicial allegations that are neither relevant nor material to the charges made in the indictment." *United States v. Alsugair*, 256 F.Supp.2d 306, 317 (D.N.J.2003).

    The indictment is captioned United States vs. Jamshid Muhtorov, "a/k/a Abumumin Turkistony,  a/k/a Abu Mumin." Doc. 5 (1/23/2012).[1] These alleged aliases are repeated in the body of the charge.

    Courts "strongly disapprove" of including aliases in indictments as an ordinary course and believe that their use 'should be curbed.'" *United States v. Wilkerson*, 456

---

[1] "Doc." refers to the clerk's docket.

F.2d 57, 59 (6th Cir.) (*citing Petrilli v. United States*, 129 F.2d 101, 104 (8th Cir. 1942), cert. denied, 317 U.S. 657, 63 S.Ct.)

When a defendant moves to strike aliases, or otherwise objects to their reference in an indictment, they must be redacted unless the government shows they were used by the defendant and their use was relevant to the offense charged. *United States v. Ramos* 839 F.Supp. 781, 787 (D.Kan.,1993)(striking aliases from indictment where the government failed to show their relevance); *United States* v. *Wilkerson*, *supra* (only when proof of an alias is relevant to identifying a defendant should a court allow its inclusion in indictment and its subsequent introduction at trial); *United States* v. *Williams*, Slip Copy, 2010 WL 3294718, *1(N.D.Okla. August 13, 2010)(aliases stricken because there was "no evidence that the defendant's alleged use of the alias ... [was] at all relevant," and their inclusion in the indictment "creates a risk of prejudice because the jury may be improperly influenced by the allegation that defendant uses aliases.")

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender


s/ Warren R. Williamson
WARREN R. WILLIAMSON
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:   (303) 294-7002
FAX:            (303) 294-1192
Rick.Williamson@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2012, I electronically filed the foregoing

**DEFENDANT'S MOTION TO STRIKE ALIASES FROM INDICTMENT**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

   Gregory A. Holloway
   Assistant U.S. Attorney
   Email: gregory.holloway@usdoj.gov

   Erin Creegan
   U.S. Dept. of Justice
   Email: erin.creegan@usdoj.gov

   Jason Kellhofer
   U.S. Dept. of Justice
   Email: jason.kellhofer@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

   Mr. Jamshid Muhtorov     *(Via U.S. Mail)*


                              s/ Warren R. Williamson
                              WARREN R. WILLIAMSON
                              Assistant Federal Public Defender
                              633 Seventeenth Street, Suite 1000
                              Denver, Colorado  80202
                              Telephone:   (303) 294-7002
                              FAX:         (303) 294-1192
                              Rick.Williamson@fd.org
                              Attorney for Defendant