**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:12-cr-00033-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      JAMSHID MUHTOROV,
      a/k/a "Abumumin Turkisony",
      a/k/a "Abu Mumin",

      Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION REQUESTING TO BE PLACED IN GENERAL POPULATION WHILE IN PRETRIAL CONFINEMENT**

---

The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado, and Greg Holloway, Assistant United States Attorney, responds to the Defendant's Motion Requesting to Be Placed in General Population While in Pretrial Confinement [*Docket #16*], and states as follows:

The government takes no position as to the conditions of the defendant's pretrial confinement. Conditions of pretrial confinement are determined by the United States Marshal's Service ("USMS") and the particular institution where a pretrial detainee is housed.

While the government does not take a position on the defendant's motion, government counsel has contacted both the USMS and the United States Bureau of Prisons ("BOP") so as to fully inform the Court as to the current status of the defendant's conditions of confinement.

Attached to this pleading is a declaration from Captain Johnny G. Chavez III, Federal Correctional Institution – Englewood, describing their determinations and actions in housing the defendant. *Attachment A, Declaration of Johnny G. Chavez III.* Furthermore, undersigned counsel has communicated with Deputy United States Marshal Rick Holden about the defendant's status. Deputy Marshal Holden has also been in contact with defense counsel. Undersigned counsel has been informed by Deputy Marshal Holden that the defendant will be placed in a different facility shortly, which will render the defendant's motion moot.

Again, the government takes no position as it relates to the defendant's motion because any conditions of pretrial confinement are determined by the United States Marshal's Service ("USMS") and the particular institution where a pretrial detainee is housed; and, it appears that the issues raised by defense counsel have been addressed with the USMS.

Respectfully submitted this 24th day of February, 2012.

JOHN F. WALSH
United States Attorney

 s/ Greg Holloway
By:   GREG HOLLOWAY, WSBA #28743
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: 303-454-0100
Facsimile: 303-454-0403
Email: Gregory.Holloway@usdoj.gov

## CERTIFICATE OF SERVICE

       I hereby certify that on this 24th day of February, 2012, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION REQUESTING TO BE PLACED IN GENERAL POPULATION WHILE IN PRETRIAL CONFINEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**Brain R. Leedy**
       Email: Brian_Leedy@fd.org

**Warren R. Williamson**
       Email: Rick_Williamson@fd.org

       *S/ Maureen Carle*
       MAUREEN CARLE
       U.S. Attorney's Office
       1225 Seventeenth Street, Suite 700
       Denver, Colorado 80202
       Telephone: 303-454-0100
       Email: Maureen.Carle@usdoj.gov