**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:12-cr-00033-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JAMSHID MUHTOROV,
    a/k/a "Abumumin Turkisony",
    a/k/a "Abu Mumin",

    Defendant.

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 42**

The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado, and Greg Holloway, Assistant United States Attorney, respectfully moves this Court to restrict Document No. 42, all exhibits attached thereto, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 1" Restriction which would make the document, all exhibits attached thereto, any order reveling the contents of that document and the brief filed in support of this motion, "viewable by Case Participants & Court" only,

Respectfully submitted this 7th day of March, 2012.

       JOHN F. WALSH
       United States Attorney

       s/ Greg Holloway
       By: GREG HOLLOWAY, WSBA #28743
       Assistant United States Attorney
       United States Attorney's Office
       1225 Seventeenth Street, Suite 700
       Denver, Colorado 80202
       Telephone: 303-454-0100
       Facsimile: 303-454-0403
       Email: Gregory.Holloway@usdoj.gov

       s/ Jason Kellhofer
       By: JASON KELLHOFER
       Trial Attorney
       By: ERIN CREEGAN
       Trial Attorney
       United States Department of Justice
       National Security Division
       Counterterrorism Section
       10th Street & Pennsylvania Avenue, NW
       Room 2740
       Washington, DC 20530
       Telephone: 202-353-7371
       Facsimile: 202-353-0778
       Email: Jason.Kellhofer@usdoj.gov
       Email: Erin.Creegan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2012, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 42** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**Brain R. Leedy**
    Email: Brian_Leedy@fd.org

**Warren R. Williamson**
    Email: Rick_Williamson@fd.org

*S/ Maureen Carle*
MAUREEN CARLE
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: 303-454-0100
Email: Maureen.Carle@usdoj.gov