IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action **No. 12-cr-00033-JLK**

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.

**1.    JAMSHID MUHTOROV,**
**2.    BAKHTIYOR JUMAEV**
    Defendants.

ORDER

Kane, J.

    The alias names for Defendant No. 1, JAMSHID MUHTOROV, set forth in the caption of the Translated Superseding Indictment filed this date, namely Абумумин Туркистони, Абу Мумин, and Хорун Асроров, and the alias names for Defendant No. 2, BAKHTIYOR JUMAEV, namely Абу Бакр, are ordered STRICKEN as surplussage and shall not be used again in the caption of any document or pleading unless specifically permitted by order of the court upon motion duly made. The alias names of either or both defendants contained in the text of the Superseding Indictment and any further pleadings or documents may be used in such text unless and until ordered to the contrary upon motion duly made.

    Dated: March 23, 2012                      BY THE COURT

                                                      **/s/ John L. Kane**

                                                      Senior U.S. District Court Judge