**Translation of the SECOND SUPERSEDING INDICTMENT for Jamshid Muhtorov    and BAKHTIYOR JUMAEV**

**В ФЕДЕРАЛЬНОМ СУДЕ СОЕДИНЕННЫХ ШТАТОВ ФЕДЕРАЛЬНЫЙ ОКРУГ КОЛОРАДО**

Уголовное дело № 1:12-cr-00033-JLK

СОЕДИНЕННЫЕ ШТАТЫ АМЕРИКИ

Истец,

против

1. ДЖАМШИДА МУХТОРОВА,
2. БАХТИЙОРА ДЖУМАЕВА

Обвиняемых

_____

**ВТОРОЙ ЗАМЕЩАЮЩИЙ ОБВИНИТЕЛЬНЫЙ АКТ**

Статья 18 Свода Законов США, § 2339B – Материальная Поддержка Организации, Известной Как Террористическая, и Попытка Совершения Аналогичного Действия

### ОБВИНЕНИЕ 1

Большое Жюри обвиняет в следующем:

Приблизительно между январем 2011 года и 21 января 2012 года включительно, в штате и федеральном округе Колорадо и за его пределами, обвиняемые Джамшид Мухторов, известный также как «Абумумин Туркистони», «Абу Мумин» и "Хорун Асроров"; и Бахтийор Джумаев, известный также как "Абу Бакр", вместе с другими известными и неизвестными Большому Жюри лицами сознательно замыслили, сговорились, объединились и согласились друг с другом о предоставлении и попытке предоставления материальной поддержки и ресурсов, как предусмотрено Статьей 18 Свода Законов США, Раздел 2339 A(б), а именно: имущества [как минимум $300 в валюте] - иностранной террористической организации под названием Исламик Джихад Юнион (Союз Исламского Джихада) (IJU), постоянно действующей с 12 июня 2005 года и претерпевшей изменения 29 апреля 2008 года, зная, что данная организация является известной террористической организацией; что эта организация и ранее, и в настоящее время участвовала в террористических действиях и терроризме, и что данное преступление было совершено целиком или частично на территории Соединенных Штатов; и, далее, что между членами этого заговора существовала взаимная зависимость.

Все вышеуказанные действия совершены в нарушение статьи 18 Свода Законов США, Раздел 2339B.

## ОБВИНЕНИЕ 2

Большое Жюри обвиняет в следующем:

  Приблизительно между январем 2011 года и 21 января 2012 года включительно, в штате и федеральном округе Колорадо и за его пределами, обвиняемые Джамшид Мухторов, известный также как «Абумумин Туркистони», «Абу Мумин» и "Хорун Асроров"; и Бахтийор Джумаев, известный также как "Абу Бакр", вместе с другими известными и неизвестными Большому Жюри лицами сознательно предоставляли и пытались предоставлять материальную поддержку и ресурсы, как предусмотрено Статьей 18 Свода Законов США, Раздел 2339 А(б), а именно: имущество [как минимум $300 в валюте] - иностранной террористической организации под названием Исламик Джихад Юнион (Союз Исламского Джихада) (IJU), постоянно действующей с 12 июня 2005 года и претерпевшей изменения 29 апреля 2008 года, зная, что данная организация является известной террористической организацией; что эта организация и ранее, и в настоящее время участвовала в террористических действиях и терроризме, и что данное преступление было совершено целиком или частично на территории Соединенных Штатов.

Все вышеуказанные действия совершены в нарушение статьи 18 Свода Законов США, Раздел 2339В.

## ОБВИНЕНИЕ 3

Большое Жюри обвиняет в следующем:

  Приблизительно между 8 марта 2011 года и 21 января 2012 года включительно, в штате и федеральном округе Колорадо и за его пределами, обвиняемый Джамшид Мухторов, известный также как «Абумумин Туркистони», «Абу Мумин» и "Хорун Асроров", вместе с другими известными и неизвестными Большому Жюри лицами сознательно предоставляли и пытались предоставлять материальную поддержку и ресурсы, как предусмотрено Статьей 18 Свода Законов США, Раздел 2339 А(б), а именно: сознательно предоставляя персонал в количестве одного и более лиц (в число которых, возможно, входили они сами) организации Исламик Джихад Юнион (Союз Исламского Джихада) (IJU), с тем, чтобы они работали под руководством и контролем  IJU, иностранной террористической организации, конкретно Союза Исламского Джихада ("IJU"), постоянно действующей с 12 июня 2005 года и претерпевшей изменения 29 апреля 2008 года, зная, что данная организация является известной террористической организацией, что эта организация и ранее, и в настоящее время участвовала в террористических действиях и терроризме, и что данное преступление было совершено целиком или частично на территории Соединенных Штатов.

Все вышеуказанные действия совершены в нарушение статьи 18 Свода Законов США, Раздел 2339В.

## ОБВИНЕНИЕ 4

Далее Большое Жюри обвиняет в следующем:

Приблизительно между 30 января 2011 года и 21 января 2012 года включительно, в штате и федеральном округе Колорадо и за его пределами, обвиняемый Джамшид Мухторов, известный также как «Абумумин Туркистони», «Абу Мумин» и "Хорун Асроров", вместе с другими известными и неизвестными Большому Жюри лицами сознательно предоставляли и пытались предоставлять материальную поддержку и ресурсы, как предусмотрено Статьей 18 Свода Законов США, Раздел 2339 А(б), а именно: коммуникационное оборудование и услуги - иностранной террористической организации, конкретно Союзу Исламского Джихада, постоянно действующей с 12 июня 2005 года и претерпевшей изменения 29 апреля 2008 года, зная, что данная организация является известной террористической организацией; что эта организация и ранее, и в настоящее время участвовала в террористических действиях и терроризме, и что данное преступление было совершено целиком или частично на территории Соединенных Штатов.

Все вышеуказанные действия совершены в нарушение статьи 18 Свода Законов США, Раздел 2339В.

          Утверждено Большим Жюри
          Оригинал подписи находится в деле
           в кабинете Клерка
           СТАРШИНА
          БОЛЬШОГО ЖЮРИ

Джон Уолш
Федеральный Прокурор

<u>Грегори Холлоуэй</u>
Подписал: Грегори А. Холлоуэй, WSBA  № 28743
Помощник Федерального Прокурора
Федеральная Прокуратура
1225 17-я улица, к. 700
Денвер, Колорадо  80202
Телефон: 303-454-0100
Факс    : 303-454-0201

Электронная почта:  Gregory.holloway@usdoj.gov
Представитель Интересов Государства

## CERTIFICATION BY INTERPRETER

I, IRINA KAMENSKY, do hereby attest that I am a Russian/English interpreter certified by the Consortium for State Court Interpretation in the State of Colorado. I further attest that I have personally translated the SECOND SUPERSEDING INDICTMENT, and that it is a complete and accurate translation into Russian.

Signed on this _25th___ day of March, 2012.

_____

s/Irina Kamensky