IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00033-CMA

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. **JAMSHID MUHTOROV,**
2. BAKHTIYOR JUMAEV,

  Defendants.
_____

### DEFENDANT'S PROFFER RE
### INTERVIEW OF NARGIZA MUHTOROVA
_____

  The defendant, Jamshid Muhtorov, files this proffer in connection with his upcoming bail hearing (motion to revoke detention)

  On the afternoon of Friday, April 6, 2012, the Office of the Federal Public Defender was contacted by counsel for Nargiza Muhtorova, the wife of the defendant, Jamshid Muhtorov. Mrs. Muhtorova's lawyer advised that her client wished to speak with her husband's lawyers before the detention hearing scheduled for April 11, 2011.

  Monday, April 9, 2012, was the first date convenient for Mrs. Muhtorova to meet with Mr. Muhtorov's lawyers.

  During this meeting, at which a Russian interpreter was present to translate, Nargiza Muhtorova advised that she had never been hit by her husband nor had she otherwise been the victim of domestic violence or abuse.

When asked about a report that suggested she had told a third party (identified here as F.I., but whose full name Mrs. Muhtorova used) Mr. Muhtorov had hit her, Mrs. Muhtorova said she never told F.I. this.

The black eye depicted in a photo taken by F.I. of Mrs. Muhtorova was the result of Mrs. Muhtorova hitting her head on F.I.'s apartment door.  This happened the day before the photo was taken.  Mr. Muhtorov ran out of F.I.'s apartment to look for the couple's (then) two year old son who had wandered out of their nearby apartment.  Mrs. Muhtorova explained she was following close behind her husband when the door swung closed and hit her head.

        Respectfully submitted,

        RAYMOND P. MOORE
        Federal Public Defender


        s/ Warren R. Williamson
        WARREN R. WILLIAMSON
        Assistant Federal Public Defender
        633 Seventeenth Street, Suite 1000
        Denver, Colorado  80202
        Telephone:   (303) 294-7002
        FAX:   (303) 294-1192
        Rick.Williamson@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2012, I electronically filed the foregoing

**DEFENDANT'S PROFFER RE INTERVIEW OF NARGIZA MUHTOROVA**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Gregory A. Holloway<br>Assistant U.S. Attorney<br>Email: gregory.holloway@usdoj.gov | Erin Creegan<br>U.S. Dept. Of Justice<br>Email: erin.creegan@usdoj.gov |
| Jason Kellhofer<br>U.S. Dept. of Justice<br>Email: jason.kellhofer@usdoj.gov | David Savitz<br>Email: savmaster@aol.com |

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Rick Kornfeld (Via e-mail)
Counsel for Nargiza Muhtorova
Email: rick@rechtkornfeld.com

s/ Warren R. Williamson
WARREN R. WILLIAMSON
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:   (303) 294-7002
FAX:   (303) 294-1192
Rick.Williamson@fd.org
Attorney for Defendant
