IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00033-001 and 002JLK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.      JAMSHID MUHTOROV,
       BAKHTIYOR JUMAEV,

       Defendants.
_____

## DEFENDANT MUHTOROV'S MOTION FOR DISCLOSURE OF GRAND JURY MATERIALS
_____

Jamshid Muhtorov, the defendant, moves for disclosure of grand jury materials. This motion requests the same relief as, and is based on the same authorities offered and arguments advanced in, codefendant Bakhtiyor Jumaev's Motion for Disclosure of Grand Jury Materials filed September 28, 2012. Doc. 201.[1]

### Opposing counsel's position

As noted at page 12 of Mr. Jumaev's Motion, Doc.21, government counsel opposes this motion.

### Motion

D.C.COLO.LCrR 12.1 prohibits the filing of motions to join, so this isn't one. The same Rule, however, allows a defendant to file a motion seeking relief that "approves, adopts, or . . . incorporate[s] by reference any or all of the reasons stated, arguments advanced, and/or authorities cited by a party in another motion." D.C.COLO.LCrR

---

[1] "Doc." refers to the clerk's docket.

12.1(B). This motion does just that. It adopts and incorporates by reference any or all of the reasons stated, arguments advanced, and/or authorities cited by co-defendant Jumaev in the motion identified above.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender


s/ Warren R. Williamson
WARREN R. WILLIAMSON
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:   (303) 294-7002
FAX:         (303) 294-1192
Rick.Williamson@fd.org
Attorney for Defendant


s/ Brian R. Leedy
BRIAN R. LEEDY
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:   (303) 294-7002
FAX:         (303) 294-1192
Brian.Leedy@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2012, I electronically filed the foregoing

**DEFENDANT MUHTOROV'S MOTION FOR DISCLOSURE OF GRAND JURY MATERIALS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>Gregory A. Holloway
>Assistant U.S. Attorney
>Email: gregory.holloway@usdoj.gov
>
>Erin Creegan
>U.S. Dept. of Justice
>Email: erin.creegan@usdoj.gov
>
>Jason Kellhofer
>U.S. Dept. of Justice
>Email: jason.kellhofer@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

>Mr. Jamshid Muhtorov       *(Via U.S. Mail)*

>s/ Warren R. Williamson
>WARREN R. WILLIAMSON
>Assistant Federal Public Defender
>633 Seventeenth Street, Suite 1000
>Denver, Colorado  80202
>Telephone:   (303) 294-7002
>FAX:            (303) 294-1192
>Rick.Williamson@fd.org
>Attorney for Defendant