IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **12-cr-33-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

1.    **JAMSHID MUHTOROV,**
2.    **BAKHTIYOR JUMAEV,**

        Defendants.

## MINUTE ORDER re Doc. 184

Judge John L. Kane ORDERS

Having reviewed Defendants' Joint Motion for Discovery of Their Statements and Translations Thereof (Doc. 184), and there appearing to be no specific requests for relief to grant or deny, IT IS ORDERED THAT

1. The government's disclosure of translated witness and Defendant statements shall be governed by the Rules of Criminal Procedure and CIPA, and specific disputes regarding disclosures or failures to disclose will be ruled on as they arise.

2. While Defendants' point regarding the mentioning of plea offers and deadlines is well-taken, such mentions have no effect on the court. The court has no interest in pressuring either side to make or accept a plea and is preparing the case for trial.

3. The court is satisfied that discovery is proceeding apace, and until specific motions with specific requests for relief are filed and at issue, there is nothing to order with regard to it.

Defendants' Joint Motion for Discovery of their Statements and Translations Thereof is DENIED without prejudice to Defendants' ability to seek any form of specific relief they wish as the discovery period progresses.

_____
Dated January 9, 2013