## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No 1:12-cr-00033-JLK-01

UNITED STATES OF AMERICA

    Plaintiff,

v.

1.    JAMSHID MUHTOROV,

    Defendant.

---

## SECOND NOTICE OF INTENT TO USE
## FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

Comes now the United States of America, by John Walsh, United States Attorney, and Gregory Holloway, Assistant United States Attorney, both for the District of Colorado and Erin Creegan, Trial Attorney United States Department of Justice, National Security Division, Counterterrorism Section, and hereby provides notice to this Court and the defense, pursuant to 50 U.S.C. §§ 1806(c) and 1881e(a), that the government intends to offer into evidence or otherwise use or disclose in proceedings in the above-captioned matter information obtained or derived from acquisition of foreign intelligence information conducted pursuant to the Foreign Intelligence Surveillance Act of 1978, as amended, 50 U.S.C. § 1881a.

Dated this 25th day of October, 2013.

JOHN F. WALSH
United States Attorney


  *s/ Greg Holloway*
By: GREG HOLLOWAY, WSBA #28743
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: 303-454-0100
Facsimile: 303-454-0403
Email: Gregory.Holloway@usdoj.gov

  *s/ Erin Creegan*
By: ERIN CREEGAN
Trial Attorney
United States Department of Justice
National Security Division
10th Street & Pennsylvania Avenue, NW
Room 2740
Washington, DC 20530
Telephone: 202-353-7371
Facsimile: 202-353-0778
Email: Erin.Creegan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2013, I electronically filed the foregoing **SECOND NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Brain R. Leedy
 Email: Brian_Leedy@fd.org

Warren R. Williamson
 Email: Rick_Williamson@fd.org

Kathryn Stimson
 Email: kathryn@stimsondefense.com

David B. Savitz
 Email: savmaster@aol.com

Daniel Sears
 Email: djsearspc@aol.com

*S/ Maureen Carle*
MAUREEN CARLE
Legal Assistant
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: 303-454-0100
Email: Maureen.Carle@usdoj.gov