IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00033-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    BAKHTIYOR JUMAEV,

    Defendant.

---

ORDER TO SHOW CAUSE DIRECTED TO MR. OTABEK HASANOV

---

THIS MATTER coming on to be heard pursuant to Defendant Jumaev's Motion for Order to Show Cause Re: Otabek Hasanov (Related to Doc. No. 243), and the court having reviewed said motion and being fully informed in this matter hereby Orders

(1)    that Otabek Hasanov is directed to show cause why he has failed to complete his assignment as the Court's qualified interpreter to translate the videotaped interrogation of March 15, 2012 between Special Agents of the FBI, their interpreters and the defendant Bakhtiyor Jumaev;

(2)    that service of this Order can be effected electronically to Mr. Hasanov at his email address otabekuz@gmail.com;

    (3)    that Mr. Hasanov shall have twenty-one (21) days from service of this Order to file an electronic response thereto; and

    (4)    that any failure to respond fully may result in the initiation of contempt proceedings.

If Mr. Hasanov prepares and delivers a final transcript to Mr. David Savitz at his office at 1512 Larimer St., Ste 600, Denver, Colorado 80202 on or before November 30, 2013, he will be deemed to have complied with this Order and the Order shall be discharged. The Clerk is directed to send a copy of this Order to Show Cause to Mr. Hasanov at otabekuz@gmail.com.

Dated November 13, 2013.

                                        **s/John L. Kane**
                                        SENIOR U.S. DISTRICT JUDGE