**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  November 15, 2013                           Deputy Clerk: Bernique Abiakam
Interpreter: Yuliya Fedasenka                       Court Reporter: Mary George

---

Criminal Action No.:12-cr-00033-JLK-1-2

UNITED STATES OF AMERICA,                          Gregory A. Holloway
                                                   Erin M. Creegan


                   Plaintiff,

v.

1.     JAMSHID MUHTOROV,                           Warren R. Williamson
                                                   Brian R. Leedy
2.     BAKHTIYOR JUMAEV,                           David B. Savitz
                                                   Daniel J. Sears

                   Defendants.

---

## COURTROOM MINUTES

---

**Status Conference**

**10:13 a.m.     Court in session.**

Interpreter sworn.

Court calls case.  Counsel present.  Defendants present in custody.  Also present for the Government, Special Agent Don Hale.

Preliminary remarks by the Court.

Comments by the Court regarding confusion because of the interchangeable use of the terms "translator" and "interpreter".

Discussion regarding briefing schedule.

Comments and rulings by the Court.

*12-cr-00033-JLK-1-2*
*Status Conference*
*November 19, 2013*

**ORDERED:**   **The Government shall have to and including November 19, 2013 to file its response to Doc. No. 458.  Reply is due on or before December 12, 2013.**

**ORDERED:**   **Defendant Bakhtiyor Jumaev's Motion For Disclosure Of Grand Jury Materials (Filed 9/28/12; Doc. No. 201) is GRANTED.  A Protective Order shall enter as specified as it relates to the transcript of Special Agent Hale's testimony.**

**ORDERED:**   **Defendant Muhtorov's Motion For Disclosure Of Grand Jury Materials (Filed 9/28/12; Doc. No. 203) is GRANTED.  A Protective Order shall enter as specified as it relates to the transcript of Special Agent Hale's testimony.**

Further discussion regarding briefing schedule for Doc. No. 457 and the anticipated filing of motions and anticipated time needed for responses.

**ORDERED:**   **Defendants are REMANDED to the custody of the United States Marshal for the District of Colorado.**

**10:36 a.m.    Court in recess.**
Hearing concluded.
Time in court - 23 minutes.