# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:12-cr-00033-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JAMSHID MUHTOROV,
2.    BAKHTIYOR JUMAEV,

    Defendants.

## ORDER CONCERNING DISCLOSURE OF GRAND JURY MATERIAL

This matter is before the Court on the granting of a Motion to Disclose Grand Jury Transcripts which has been granted in part [Doc. #471]. Upon consideration of the motion, it is

ORDERED as follows:

1. Pursuant to Rule 6(e)(3)(e)(i), the government may disclose Grand Jury materials to defense counsel of record in the above-captioned case.

2. In order to protect Grand Jury secrecy, defense counsel shall make only such copies as are necessary to prepare a defense in this criminal case.  Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered, or transmitted and the date of delivery or

transmission in accordance with the Protective Order already entered in this case.  No person other than defense counsel shall make copies of these materials.  At the conclusion of the case in this Court, by entry of the Court's judgment, counsel shall, within ten days, collect all copies of Grand Jury materials and return them to the government, and file a certification of compliance with the Court.

3. Copies of Grand Jury materials may only be used in connection with this criminal proceeding, and any further dissemination or use is prohibited.

DATED this 27th day of May, 2014.

BY THE COURT:

**s/John L. Kane**
SENIOR U.S. DISTRICT JUDGE

2