**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.12-cr-00033-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.   JAMSHID MUHTOROV**,

    Defendant.

---

**DEFENDANT MUHTOROV'S MOTION TO ADOPT
CODEFENDANT'S MOTION, DOC. 652**

---

    Jamshid Muhtorov moves to adopt a motion filed by his codefendant, Bakhtiyor Jumaev. He does so under D.C.Colo.LCrR 12.1(b).

    The motion he adopts is titled "Defendant Jumaev's Motion Requiring the Government to Provide Notice of Interceptions and/or Surveillance of His Defense Counsel and Members of His Defense Team." It is docketed as Doc. 652 and was filed October 20, 2014.

    By adopting this motion, Mr. Muhtorov moves this Court, as did Mr. Jumaev, to order the government to provide notice whether communications of <u>his</u> counsel and/or other members of his defense team have been intercepted or otherwise subjected to any type of surveillance since February 6, 2012, the date the Office of the Federal Public Defender entered its appearance.

Dated this 28th day of October 2014.	Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


<u>/s/ Warren R. Williamson</u>
WARREN R. WILLIAMSON
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
Fax: (303) 294-1192
Rick.Williamson@fd.org

/s/Brian Rowland Leedy
Brian Rowland Leedy
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, CO 80202
Telephone:  303-294-7002
Fax:  303-294-1192
Brian_Leedy@fd.org

/s/ Kathryn J. Stimson
Kathryn J. Stimson,
Attorney at Law
1544 Race Street
Denver, CO 80206
Telephone: (720) 638-1487
kathryn@stimsondefense.com

/s/ Patrick C. Toomey
Patrick C. Toomey
American Civil Liberties Union –
New York
125 Broad St., 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
ptoomey@aclu.org

*Attorneys for Jamshid Muhtorov*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

Gregory A. Holloway
Assistant U.S. Attorney
Email: gregory.holloway@usdoj.gov

Erin Martha Creegan
National Security Division for the U.S. Dept. of Justice
Email: erin.creegan@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Jamshid Muhtorov     *(Via U.S. Mail)*

/s/ Warren R. Williamson
WARREN R. WILLIAMSON
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
Fax: (303) 294-1192
Rick.Williamson@fd.org

*Attorney for Jamshid Muhtorov*