**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.12-cr-00033-JLK-01 and 02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.    JAMSHID MUHTOROV
2.    BAKHTIYOR JUMAEV,**

    Defendants.

**PARTIES' JOINT PROPOSED BRIEFING SCHEDULE**

The parties, having conferred about a briefing schedule, propose that any Government response to the following motions be filed on or before February 26, 2015. Any reply by the defendants will be filed on or before 60 days from the date the Government's response(s) is(are) filed.

Document 652: Bakhtiyor Jumaev's October 20, 2014, motion for notice of interceptions or surveillance of defense counsel or the defense team.

Document 658: Jamshid Muhtorov's October 28, 2014, adoption of this motion.

Document 653: Defendants' joint motion of October 20, 2014, for notice of the surveillance techniques utilized by the government in its investigation of them.

Dated this 20th day of November, 2014.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney

        /s/Gregory Allen Holloway
        GREGORY ALLEN HOLLOWAY
        Assistant U.S. Attorney
        U.S. Attorney's Office-Denver
        1225 17th Street East, #700
        Denver, CO 80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0403
        Email: Gregory.Holloway@usdoj.gov

        *Attorneys for the United States*

        VIRGINIA L. GRADY
        Federal Public Defender

        /s/ Warren R. Williamson
        WARREN R. WILLIAMSON
        Assistant Federal Public Defender
        633 Seventeenth Street, Suite 1000
        Denver, Colorado 80202
        Telephone: (303) 294-7002
        Fax: (303) 294-1192
        Rick_Williamson@fd.org

        Brian Rowland Leedy
        Assistant Federal Public Defender
        633 Seventeenth Street, Suite 1000
        Denver, CO 80202
        Telephone: (303) 294-7002
        Fax: (303) 294-1192
        Brian_Leedy@fd.org

Kathryn J. Stimson
Attorney at Law
1544 Race Street
Denver, CO 80206
Telephone: (720) 638-1487
kathryn@stimsondefense.com

Patrick C. Toomey
American Civil Liberties Union – New York
125 Broad St., 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
ptoomey@aclu.org

*Attorneys for Jamshid Muhtorov*


/s/ David Barry Savitz
DAVID BARRY SAVITZ
Law Office of David B. Savitz
1512 Larimer Street, Suite 600
Denver, CO  80202
Telephone: (303) 825-3109
savmaster@aol.com

Mitchell Baker
Mitch Baker, Attorney at Law
1543 Champa Street, #400
Denver, CO  80202
Telephone: (303) 592-7353
mitchbaker@estreet.com

*Attorneys for Bakhtiyor Jumaev*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

Gregory A. Holloway
Assistant U.S. Attorney
Email: gregory.holloway@usdoj.gov

Erin Martha Creegan
National Security Division for the U.S. Dept. of Justice
Email: erin.creegan@usdoj.gov

David B. Savitz, Esq., Counsel for Bakhtiyor Jumaev
Email: savmaster@aol.com

Mitchell Baker, Esq., Counsel for Bakhtiyor Jumaev
Email: mitchbaker@estreet.com


I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Jamshid Muhtorov      *(Via U.S. Mail)*

Mr. Bakhtiyor Jumaev      *(Via U.S. Mail)*


/s/ Warren R. Williamson
WARREN R. WILLIAMSON
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
Fax: (303) 294-1192
Rick.Williamson@fd.org