IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00033-JLK

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. JAMSHID MUHTOROV,
2. BAKHTIYOR JUMAEV,

 Defendants.

---

ORDER ON GOVERNMENT'S MOTION FOR CLARIFICATION (Document 661)

**Kane, J.**

 The Government's Motion for Clarification is GRANTED and the operative Protective Order CLARIFIED as follows:

 I cannot prohibit counsel from making extrajudicial comments about this case. While I certainly would prefer that no extrajudicial comments be made as an exercise in prudence, the cases protecting the freedom of expression do not permit such restrictions. I reiterate, however, that the Superseding Protective Order remains in full force and effect. As Paragraph 9 of the Order states, "No party shall make extra judicial disclosure of sensitive discovery materials other than in accordance with this Order." Sensitive discovery materials are labeled as such and there is no ambiguity involved.

 I would be less than candid if I did not make the following additional observations, however. First, the Government should have contacted and conferred with defense counsel before filing the motion. Second, and I confess to having been personally horse-collared or

whipsawed by the press in the past, the defense attorneys should have been more alert to the tendency of media representatives to juice up stories with misleading contextual manipulations and hyperbole.  It is also a disappointing situation that few, if any, members of the media understand legal issues and consequences to the degree necessary to avoid such miscommunication.  In sum, with the express exception of disclosing sensitive discovery materials, counsel are free to make extra judicial statements.  I expect, however, that in doing so, each recognizes that he is an officer of the court first and an individual second.  Nevertheless, I see no unethical actions on the part of any of the attorneys in this case.  There is no basis for imposing sanctions, only a request that all counsel exercise restraint because this case deserves the best from each of us.

DATED December 2, 2014.

                                                   **s/John L. Kane**
                                                   SENIOR U.S. DISTRICT JUDGE