IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **12-cr-33-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.   JAMSHID MUHTOROV,**

        Defendants.

---

## ORDER
---

The Court is in receipt of several letters/documents sent to it directly from Mr. Muhtorov without reference to counsel. These documents are not being filed into the Court's CM/ECF system, but are being forwarded to defense counsel with an admonition that Mr. Muhtorov has appointed counsel, and all court filings must go through them.

Dated September 24, 2015.

                                        *s/John L. Kane*
                                        SENIOR U.S. DISTRICT JUDGE