# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:12-cr-00033-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

       v.

1. JAMSHID MUHTOROV, and
2. BAKHTIYOR JUMAEV,

    Defendants.

___

## ORDER RESETTING DEFENDANTS' TRIALS
___

Kane, J.

    On November 30, 2107, I informed the parties that, for reasons of physical health, I would be unable to preside over the trial of Defendant Bakhtiyor Jumaev scheduled to commence on January 8, 2018. Based on my understanding of the situation at that time, I said I would be able to try Defendant Jumaev on March 12, 2018, with Defendant Jamshid Muhtorov's trial immediately following. I directed the parties to file status reports on or before December 11, 2017, advising me on how they wished to proceed.

    The parties filed their respective status reports on December 8, 2017. Defendants Jumaev and Muhtorov advise that they are not seeking reassignment of the case to another judge and are prepared to go to trial on the new dates. The government, in turn, is concerned about not having a certain trial date and the possibility that I will be unavailable to rule on motions that arise between now and March. I wish to address those concerns.

Based on additional consultation with my doctors, the medical treatments that I was to undergo that potentially could have resulted in a significant recovery period have been indefinitely postponed. I have begun alternate drug therapy that will, however, require a period of adjustment during which my court schedule will be reduced over the next three months. That said, I am fully capable of handling whatever motions may arise between now and March 12, 2018, and will be fit to preside over the rescheduled trials.

Accordingly, Defendant Bakhtiyor Jumaev's trial set to begin January 8, 2018, is VACATED. Defendant Jamshid Muhtorov's trial set to begin March 12, 2018, is also VACATED. Defendant Jumaev's trial is reset to begin March 12, 2018, and to run for seven weeks. Defendant Muhtorov's trial is reset to begin May 14, 2018, and to run for seven weeks.

In light of these rulings, the In Court Hearing set for December 21, 2017, at 10:30 a.m. to is similarly VACATED. The government and Defendant Jumaev are DIRECTED to file a proposed scheduling order for any matters they foresee arising between now and the new trial date, including addressing the need for and timing of regular status conferences, on or before December 22, 2017. They are further DIRECTED to file their proposed jury instructions, as well as specific proposals for revising the jury selection protocol (*see* ECF No. 1568), on or before January 12, 2018. The hearing on jury instructions and jury selection will be rescheduled for shortly thereafter. Defendant Jumaev's Final Trial Preparation Conference set for January 3, 2018, is VACATED and reset for March 7, 2018, at 10:30 a.m.

DATED this 12th day of December 2017.

*John L. Kane*
_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE