IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-33-JLK-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JAMSHID MUHTOROV,

      Defendant.

---

## ORDER

---

      Pursuant to 28 § U.S.C. §1871 (b)(3), jurors required to attend more than ten days of actual service may be paid, at the discretion of the trial judge, an additional $10.00 per day for each day over ten days required to complete jury service.

      It is therefore ORDERED that the clerk shall pay jurors in the above-entitled case the sum of $60.00 per day beginning on each juror's eleventh day of service and continuing thereafter until service has been completed and jurors are released by the court.

      Dated this 7th day of May, 2018.

BY THE COURT

_____
JOHN L. KANE
SENIOR UNITED STATES DISTRICT JUDGE