**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
JOHN L. KANE, SENIOR JUDGE

Case No.   **12-cr-00033-JLK-1**          Date  **May 18, 2018**

Case Title   **U.S. v. JAMSHID MUHTOROV**

**DEFENDANT** Witness List
(Plaintiff/Defendant)

| Witness | Date(s) Testified |
|---|---|
| ASIL MUHTOROV | |
| NARGIZA MUHTOROVA | |
| RUTHANN KALLENBERG | |
| RIMA TAMAVICIENE | |
| ROBIYA MUHTOROVA | |
| ALLA SELETSKAYA | |
| VASILA INOYATOVA | |
| MICHAEL ANDERSEN | |
| STEVEN MARK SWERDLOW, ESQ. | |
| BAKHTIYOR JUMAEV | |
| ELENA URLAEVA | |
| DIRK GRUNWALD, Ph.D. | |