**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Date: May 31, 2018                          Deputy Clerk: Bernique Abiakam
                                             Court Reporter: Terri Lindblom
Interpreters: Hasmik Jorgensen
              Tatiana Dautkhanova

Criminal Action No.:12-cr-00033-JLK-1

UNITED STATES OF AMERICA,                    Gregory A. Holloway
                                             Julia K. Martinez

      Plaintiff,

v.

1.    JAMSHID MUHTOROV,                    Kathryn J. Stimson
                                             Brian R. Leedy
                                             Warren R. Williamson

      Defendant.

## AMENDED COURTROOM MINUTES

**Jury Trial Day 8**

**9:09 a.m.    Court in session.**

Court calls case. Appearances of counsel. Defendant present, in custody. Also present, Special Agent Ken Harris.

Jury present.

Interpreters sworn.

9:10 a.m.    Government's witness Donald E. Hale, resumes the stand.
                  Cross examination begins by Mr. Leedy.

**10:14 a.m.    Court in recess.**

**10:41 a.m.    Court in session.**

Jury present.

Defendant's exhibit 716A offered.

No objection.

**Defendant's Exhibit 716A admitted.**

Continued cross examination by Mr. Leedy.

Defendant's Exhibit 718 offered.

No objection.

**Defendant's Exhibit 718 ADMITTED.**

11:03 a.m.    Continued cross examination by Mr. Leedy.

Defendant's Exhibit 735 offered.

No objection.

**Defendant's Exhibit 735 ADMITTED.**

11:15 a.m.    Continued cross examination by Mr. Leedy.

**<span style="color:red">Defense marks Government's Exhibits as 283A, 283B, 283C, 283D, 283E, and 283G, which are admitted by stipulated.</span>**

**11:33 a.m.    Court in recess.**

**1:09 p.m.    Court in session.**

Jury present.

Continued cross examination by Mr. Leedy.

**Defense states that Exhibit 750 is a stipulated exhibit and published to the Jury. No objection by the Government.**

| | |
|---|---|
| 1:14 p.m. | Continued cross examination by Mr. Leedy. |
| 1:19 p.m. | Bench conference regarding permitted examination questions and testimony. |
| 1:23 p.m. | Continued cross examination by Mr. Leedy. |
| 1:31 p.m. | Jury Instruction No. 16 by the Court. |
| 1:34 p.m. | Redirect examination begins by Ms. Martinez. |
| 1:58 p.m. | Re-cross examination by Mr. Leedy. |

1:59 p.m.      Bench conference regarding permitted examination questions.

2:00 p.m.      Continued re-cross examination by Mr. Leedy.

2:01 p.m.      Bench conference regarding permitted examination questions.

2:03 p.m.      Continued re-cross examination by Mr. Leedy.

2:05 p.m.      Witness excused.

2:06 p.m.      Government's witness, Jason Robert Schachner, called and sworn. Direct examination begins by Ms. Martinez.

Government's counsel states that all physical evidence has been stipulated to. (outlined in the minutes of 5/29/2018)

2:17 p.m.      Direct examination continues by Ms. Martinez.

No cross examination.

2:32 p.m.      Witness excused.

2:33 p.m.      Government's witness, Matthew Bangston, called and sworn. Direct examination begins by Ms. Martinez.

Government's Exhibits 41, 44, 45, 50, 51, 52, and 53, offered.

No objection.

**Government's Exhibits 41, 44, 45, 50, 51, and 53, ADMITTED**.

3:06 p.m.      Continued direct examination by Ms. Martinez.

Government's Exhibit 71, offered.

No objection.

**Government's Exhibit 71, ADMITTED**.

**3:08 p.m.    Court in recess.**

**3:33 p.m.    Court in session.**

Comments by the Court regarding witness schedule.

3:36 p.m.      Jury present.

3

The Court advises the Jury regarding the witness schedule.

3:38 p.m.   Cross examination begins by Mr. Leedy.

3:43 p.m.   Bench conference regarding discovery.

3:48 p.m.   Continued cross examination by Mr. Leedy.

4:01 p.m.   Redirect examination by Ms. Martinez.

4:03 p.m.   Witness excused.

**The Court admonishes the Jury regarding any discussion and/or independent research of the case.**

4:04 p.m.   Jury excused.

Trial will resume on Monday, June 4, 2018 at 9:00 a.m.

**ORDERED:**   Defendant is REMANDED to the custody of the United States Marshal for the District of Colorado.

**4:05 p.m.   Court in recess.**
Trial continued.
Time in court - 4 hours, 28 minutes.