**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:  June 4, 2018 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Terri Lindblom |
| Interpreters:  Irina Kamensky | |
| Yuliya Fedasenka | |

Criminal Action No.:12-cr-00033-JLK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | Gregory A. Holloway |
| | Julia K. Martinez |
| Plaintiff, | |
| v. | |
| 1.   JAMSHID MUHTOROV, | Kathryn J. Stimson |
| | Brian R. Leedy |
| | Warren R. Williamson |
| Defendant. | |

**COURTROOM MINUTES**

**Jury Trial Day 9**

**9:06 a.m.     Court in session.**

Court calls case.  Appearances of counsel.  Defendant present, in custody.  Also present, Special Agent Ken Harris.

Jury not present.

Interpreters sworn.

Statement by Mr. Holloway regarding "SPBP Form" and "deferred action form" and stipulation by the parties.

The Court states that a stipulation will be prepared and included in the Jury Instructions.

9:11 a.m.     Jury present.

The Court instructs the Jury regarding the CHS - "Mr. X".

9:11 a.m.     Jury Instruction

9:15 a.m.     Government's witness, "Mr. X" called and sworn.

*12-cr-00033-JLK-1*
*Jury Trial Day 9*
*June 4, 2018*

9:16 a.m.     Direct examination begins by Mr. Holloway.

Government's Exhibits 155, 155A, 156, 156A, 157, 157A, 158, 158A, 159, 159A, 160, 160A, 161, 161A, 162, 162A, 163, 163A, 164, 164A, 165, 165A, 166, 166A, 167, 167A, 168, 168A, 169, and 169A, offered.

9:29 Voir dire by Ms. Stimson.

**Government's Exhibits 155, 155A, 156, 156A, 157, 157A, 158, 158A, 159, 159A, 160, 160A, 161, 161A, 162, 162A, 163, 163A, 164, 164A, 165, 165A, 166, 166A, 167, 167A, 168, 168A, 169, and 169A are ADMITTED.**

9:30 a.m.     Continued direct examination by Mr. Holloway.

**10:16 a.m.   Court in recess.**

**10:41 a.m.   Court in session.**

Jury present.

10:42 a.m.    Continued direct examination by Mr. Holloway.

**11:59 a.m.   Court in recess.**

**1:35 p.m.    Court in session.**

1:37 p.m.     Jury present.

1:38 p.m.     Cross examination begins by Ms. Stimson.

Defendant's Exhibits 707 and 707A, offered.

No objection.

**Defendant's Exhibits 707 and 707A are ADMITTED**.

1:47 p.m.     Continued cross examination by Ms. Stimson.

**3:09 p.m.    Court in recess.**

**3:34 p.m.    Court in session.**

Jury present.

Continued cross examination by Ms. Stimson.

4:12 p.m.     Redirect examination begins by Mr. Holloway.

*12-cr-00033-JLK-1*
*Jury Trial Day 9*
*June 4, 2018*

4:37 p.m.     Re-cross examination by Ms. Stimson.

4:42 p.m.     Witness excused.

**The Court admonishes the Jury regarding any discussion and/or independent research of the case.**

4:43 p.m.     Jury excused.

Trial will resume on Tuesday, June 5, 2018 at 9:00 a.m.

**ORDERED:**  Defendant is REMANDED to the custody of the United States Marshal for the District of Colorado.

**4:43 p.m.     Court in recess.**
Trial continued.
Time in court - 5 hours, 11 minutes.