**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:  June 7, 2018 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Terri Lindblom |
| Interpreters:  Irina Kamensky | |
| Yuliya Fedasenka | |
| Muhitdin Ahunhodjaev | |

Criminal Action No.:12-cr-00033-JLK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | Gregory A. Holloway |
| | Julia K. Martinez |
| Plaintiff, | |
| v. | |
| 1.   JAMSHID MUHTOROV, | Kathryn J. Stimson |
| | Brian R. Leedy |
| | Warren R. Williamson |
| Defendant. | |

**COURTROOM MINUTES**

**Jury Trial Day 12**

**8:38 a.m.      Court in session.**

Court calls case.  Appearances of counsel.  Defendant present, in custody. Also present, Special Agent Ken Harris.

Jury not present.

Interpreters sworn.

Comments by the Court.

Argument heard on Defendant's Rule 29 Motion, as to all Counts.

8:38 p.m.      Argument by Mr. Leedy.

8:52 a.m.      Argument by Mr. Holloway.

8:58 a.m.      Comments and ruling by the Court.

**ORDERED:  Defendant's Oral Motion for Judgment of Acquittal is DENIED**

**8:59 a.m.**     **Court in recess.**

**9:05 a.m.**     **Court in session.**

9:08 a.m.     Interpreter, Muhitidin Ahunhodjaev, sworn.

9:09 a.m.     Defendant, Jamshid Muhtorov, resumes the stand. Continued direct examination by Mr. Williamson.

Defendant's Exhibits 689, 689A, 690, and 690A, offered.

No objection.

**Defendant's Exhibits 689, 689A, 690, and 690A are ADMITTED.**

9:14 a.m.     Continued direct examination by Mr. Williamson.

**10:18 a.m.**     **Court in recess.**

**10:42 a.m.**     **Court in session.**

Jury present.

10:43 a.m.     Continued direct examination by Mr. Williamson.

Defendant's Exhibits 697 and 697A, offered.

No objection.

**Defendant's Exhibits 697 and 697A are ADMITTED.**

11:10 a.m.     Continued direct examination by Mr. Williamson.

Defendant's Exhibit 709A, offered. (Translation to 709)

No objection.

**Defendant's Exhibit 709A is ADMITTED.**

11:15 a.m.     Continued direct examination by Mr. Williamson.

Defendant's Exhibit 714A, offered. (Translation to 714)

No objection.

**Defendant's Exhibit 714A is ADMITTED.**

11:16 a.m.     Continued direct examination by Mr. Williamson.

Defendant's Exhibit 718, offered. *(Previously offered and admitted on 5/31/18)*

11:23 a.m.     Continued direct examination by Mr. Williamson.

**12:02 p.m.    Court in recess.**

**1:35 p.m.     Court in session.**

1:36 p.m.      Jury present.

1:37 p.m.      Continued direct examination by Mr. WIlliamson.

2:21 p.m.      Cross examination begins by Ms. Martinez.

Defendant's Exhibit 692A, offered.

No objection.

**Defendant's Exhibit 692A is ADMITTED.**

3:16 p.m.      Continued cross examination by Ms. Martinez.

**3:18 p.m.    Court in recess.**

**3:42 p.m.    Court in session.**

Jury present.

3:43 p.m.      Continued cross examination by Ms. Martinez.

4:28 p.m.      Redirect examination by Mr. Williamson.

4:51 p.m.      Witness excused.

The Court advises the Jury of the remaining trial schedule.

**The Court admonishes the Jury regarding any discussion and/or independent research of the case.**

4:52 p.m.      Jury excused.

Question, marked as "Jury Question 1", tendered to the Court.

The Court reads the juror question and advises counsel that it will be addressed when trial resumes on Monday, June 11, 2018.

**ORDERED:** Defendant is REMANDED to the custody of the United States Marshal for the District of Colorado.

**4:54 p.m.    Court in recess.**
Trial continued.
Time in court - 5 hours, 49 minutes.