**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  June 11, 2018                                    Deputy Clerk: Bernique Abiakam
                                                        Court Reporter: Terri Lindblom

Interpreters:  Irina Kamensky
               Yuliya Fedasenka
               Muhitdin Ahunhodjaev
               Sanjar Babadjanov

---

Criminal Action No.:12-cr-00033-JLK-1

UNITED STATES OF AMERICA,                              Gregory A. Holloway
                                                       Julia K. Martinez

         Plaintiff,

v.

1.      JAMSHID MUHTOROV,                              Kathryn J. Stimson
                                                       Brian R. Leedy
                                                       Warren R. Williamson

         Defendant.

---

**COURTROOM MINUTES**

---

**Jury Trial Day 13**

**9:06 a.m.        Court in session.**

Court calls case.  Appearances of counsel.  Defendant present, in custody. Also present, Special Agent Ken Harris.

Jury not present.

Interpreters sworn.

Comments by the Court regarding "Juror Question 1".

9:07 a.m.        Jury present.

The Court advises the Jury regarding "Juror Question 1".

9:09 a.m.        Defendant's witness, Nargiza Muhtorova, called and sworn.

9:10 a.m.        Direct examination begins by Mr. Williamson.

Defendant's Exhibits 713 and 713A, offered.

No objection.

**Defendant's Exhibits 713 and 713A are ADMITTED.**

9:26 a.m.      Continued direct examination by Mr. Williamson.

Defendant's Exhibit 702A, offered. (translation of 702)

No objection.

**Defendant's Exhibit 702A is ADMITTED.**

9:34 a.m.      Continued direct examination by Mr. Williamson.

**10:14 a.m.   Court in recess.**

**10:40 a.m.   Court in session.**

Jury present.

Continued direct examination by Mr. Williamson.

11:00 a.m.     Cross examination begins by Ms. Martinez.

11:17 a.m.     Witness excused.

11:18 a.m.     Defendant's witness, Michael Andersen, called and sworn.
               Direct examination begins by Mr. Williamson.

**11:58 a.m.   Court in recess.**

**1:38 p.m.    Court in session.**

Comments by Ms. Stimson regarding remaining witness schedule.

1:42 p.m.      Jury present.

Court advises the Jury regarding the remaining witness and trial schedule.

1:43 p.m.      Cross examination begins by Mr. Holloway.

Witness excused.

1:44 p.m.      Defendant's witness, RuthAnn Kallenberg, called and sworn.

1:45 p.m.      Direct examination begins by Mr. Williamson.

2:13 p.m.      Cross examination begins by Ms. Martinez.

2:14 p.m.      Witness excused.

2:15 p.m.      Defendant's witness, Asil Muhtorov, called and sworn.

2:17 p.m.      Direct examination begins by Mr. Williamson.

2:51 p.m.      Cross examination begins by Mr. Holloway.

3:19 p.m.      Redirect examination by Mr. Williamson.

Defendant's Exhibit 703A, offered. (translation of 703)

No objection.

**Defendant's Exhibit 703A is ADMITTED.**

3:24 p.m.      Continued redirect examination by Mr. Williamson.

3:27 p.m.      Re-cross examination by Mr. Holloway.

3:34 p.m.      Witness excused.

**The Court admonishes the Jury regarding any discussion and/or independent research of the case.**

**ORDERED:**  Defendant is REMANDED to the custody of the United States Marshal for the District of Colorado.

**3:35 p.m.      Court in recess.**
Trial continued.
Time in court - 4 hours, 23 minutes.

*After the Jury was excused one of the Jurors tendered a question, marked as "Juror Question 2".  The Court will advise the Jury tomorrow (6/12/2018).*