Can Your Honor clarify the schedule for this Friday? Thank you!



12-cr-00033-JLK-1
JUROR
QUESTION 2
6-11-18