**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:  June 12, 2018 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Terri Lindblom |
| Interpreters:  Hasmik Jorgensen | |
|   Yuliya Fedasenka | |
|   Muhitdin Ahunhodjaev | |
|   Sanjar Babadjanov | |
|   Darius Suziedelis | |

Criminal Action No.:12-cr-00033-JLK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | Gregory A. Holloway |
| | Julia K. Martinez |
|  Plaintiff, | |
| v. | |
| 1.  JAMSHID MUHTOROV, | Kathryn J. Stimson |
| | Brian R. Leedy |
| | Warren R. Williamson |
|  Defendant. | |

**COURTROOM MINUTES**

**Jury Trial Day 14**

**9:13 a.m.     Court in session.**

Court calls case.  Appearances of counsel.  Defendant present, in custody.  Also present, Special Agent Ken Harris.

Jury not present.

Interpreters sworn.

Discussion regarding interpreter.

Discussion regarding "Juror Question 2".

9:15 a.m.     Jury present.

The Court advises the Jury regarding "Juror Question 2" and the remaining witness and trial schedule.

Lithuanian speaking interpreter, Darius Suziedelis, sworn.

*12-cr-00033-JLK-1*
*Jury Trial Day 14*
*June 12, 2018*

| | |
|---|---|
| 9:23 a.m. | Defendant's witness, Saulius Tamavicius, called and sworn. Direct examination begins by Ms. Stimson. |
| 9:25 a.m. | Cross examination begins by Mr. Holloway. |
| 9:29 a.m. | Witness and Lithuanian interpreter, excused. |
| 9:30 a.m. | Defendant's witness, Steve Mark Swerdlow, called and sworn. Direct examination begins by Mr. Williamson. |

Defendant's witness, Steve Swerdlow, tendered as an expert in the area of political history and human rights history of the country of Uzbekistan.

No objection.

Tender ACCEPTED.

9:48 a.m.    Continued direct examination by Mr. Williamson.

**10:41 a.m.   Court in recess.**

**11:04 a.m.   Court in session.**

Jury present.

Mr. Holloway offers the redacted version of Government's Exhibit 451B

Defense counsel agrees and has no objection.

**The redacted version of Government's Exhibit 451B is admitted.**

11:05 a.m.    Cross examination begins by Mr. Holloway.

No redirect examination.

11:19 a.m.    Jury Instruction 16A read by the Court.

11:20 a.m.    Witness excused.

Defense rests.

The Court the Jury regarding remaining trial schedule.

**The Court admonishes the Jury regarding any discussion and/or independent research of the case.**

11:22 a.m.    Jury excused.

*12-cr-00033-JLK-1*
*Jury Trial Day 14*
*June 12, 2018*

Renewed Rule 29 Motion stated by Mr. Leedy.

**ORDERED:  Defendant's Renewed Oral Motion for Judgment of Acquittal is DENIED**.

Comments by the Court regarding exhibits.

**ORDERED:  Immediately following today's proceedings, counsel shall meet with court staff to confirm the accuracy of all admitted/stipulated exhibits being submitted to the Jury for deliberations.**

**ORDERED:  Trial resumes tomorrow at 9:00 a.m.  Counsel shall be ready by 8:45 a.m. to make a final record as to exhibits and jury instructions.**

**ORDERED:**  Defendant is REMANDED to the custody of the United States Marshal for the District of Colorado.

**11:25 a.m.    Court in recess.**
Trial continued.
Time in court - 1 hours, 49 minutes.

Immediately following today's proceedings, counsel met with court staff - (approx. 11:30 a.m. - 2:00 p.m.) to confirm all exhibits, including content.  The following exhibits were confirmed as admitted/stipulated (all redacted exhibits were also confirmed) and will accompany the Jury once they are excused to begin their deliberations:

Government's Exhibits -    1, 2, 9, 9A, 10, 11, 11A, 12A, 14, 41, 44, 45, 50, 51, 52, 53, 70B, 71, 71A, 71B, 71C, 71D, 73, 73B, 74, 74B, 75, 76, 96, 97B, 100, 100A, 101, 101A, 102, 102A, 103, 103A, 104, 104A, 105, 105A, 106, 106A, 107, 107A, 108, 108A, 109, 109A, 110, 110A, 111, 111A, 112,112A, 113, 113A, 114, 114A, 116, 116A, 116B, 118, 118A, 119, 119A, 120, 120A, 121, 121A, 122, 122A, 123, 123A, 124, 124A, 125, 125A, 127, 127A, 128, 128A, 129, 129A, 130, 130A, 131, 131A, 132, 132A, 133, 133A, 138, 138A, 139, 139A, 141, 141A, 145, 145A, 146, 146A, 149, 149A, 150, 150A, 151, 151A, 152, 152A, 153, 153A, 155, 155A, 156, 156A, 157, 157A, 158, 158A, 159, 159A, 160, 160A, 161, 161A, 162, 162A, 163, 163A, 164, 164A, 165, 165A, 166, 166A, 167, 167A, 168, 168A, 169, 169A, 170, 170A, 200, 201, 202, 203, 205, 206, 207, 214, 215, 216, 220, 221, 222, 223, 224, 225, 226, 227, 228, 229, 230, 231, 232, 233, 234, 234A, 234B, 235, 236, 237, 238, 239, 240, 241, 242, 243, 244, 245, 246, 247, 248, 249, 250, 251, 252, 253, 254, 255, 256, 257, 258, 259, 260, 270, 272, 274, 275, 276, 282, 283A, 283B, 283C, 283D, 283E, 283F, 283G, 299, 305A, 306A, 307, 307A, 307B, 307C, 308, 309, 311, 312, 312A, 332, 332A1, 333, 333A, 335, 335A, 401, 402, 403, 404, 405, 406, 407, 408, 409,

410, 411, 412, 413, 414, 424, 426, 427, 434, 435, 450B. 450C, 450D, 451, 451B, 451C, 451D, 451E, 451F, 451G, 474, 475, 476, 478, 479, 480, 481, 484, 485, 500, 512, 515, 516, 530, 530A, 531, 531A, 531B, 531C, 531D, 531E, 531F, 535, 536, 540, 541, and 542.

Defendant's Exhibits - 600, 601, 062, 603, 604, 605, 606, 606A, 607, 607A, 608, 608A, 609, 609A, 610, 610A, 611, 611A, 612, 612A, 613, 613A, 614, 614A, 615, 615A, 616, 616A, 617, 617A, 618, 618A, 619, 619A, 620, 620A, 621, 621A, 622, 622A, 623, 623A, 624, 624A, 625, 625A, 626, 626A, 627, 627A, 628, 628A, 629, 629A, 630, 630A, 631, 631A, 632, 632A, 633, 633A, 634, 634A, 635, 635A, 636, 636A, 637, 637A, 638, 638A, 639, 639A, 640, 640A, 641, 641A, 642, 642A, 643, 643A, 644, 644A, 645, 645A, 646, 646A, 647, 647A, 648, 648A, 649, 649A, 650, 650A, 651, 651A, 652, 652A, 653, 653A, 654, 654A, 655, 655A, 656, 656A, 657, 657A, 658, 658A, 659, 659A, 660, 660A, 661, 661A, 662, 662A, 663, 663A, 664, 664A, 665, 665A, 666, 666A, 667, 667A, 668, 669, 670, 671, 672, 673, 674, 675, 676, 677, 678, 679, 680, 681, 682, 683, 684, 685, 686, 687, 688, 689, 689A, 690, 690A, 692A, 697A, 702A, 703A, 707A, 709A, 713A, 714A, 716A, 718, 720, and 735.