**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:  June 13, 2018 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Terri Lindblom |
| Interpreters:  Hasmik Jorgensen | |
| Yuliya Fedasenka | |

Criminal Action No.:12-cr-00033-JLK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | Gregory A. Holloway |
| | Julia K. Martinez |
| Plaintiff, | |
| v. | |
| 1.   JAMSHID MUHTOROV, | Kathryn J. Stimson |
| | Brian R. Leedy |
| | Warren R. Williamson |
| Defendant. | |

## COURTROOM MINUTES

**Jury Trial Day 15**

**9:00 a.m.     Court in session.**

Court calls case.  Appearances of counsel.  Defendant present, in custody.  Also present, Special Agent Ken Harris.

Jury not present.

Interpreters sworn.

Discussion regarding exhibits and corrections to minutes (6/12/18).

**9:06 a.m.     Court in recess.**

**9:13 a.m.     Court in session.**

Jury present.

9:15 a.m.     Jury Instructions read by the Court.

**10:14 a.m.     Court in recess.**

**10:36 a.m.     Court in session.**

*12-cr-00033-JLK-1*
*Jury Trial Day 15*
*June 13, 2018*

The Court clarifies an error in Jury Instruction No. 20.

The Court advises the Jury regarding the remaining trial schedule.

10:40 a.m.   Closing argument begins by Ms. Martinez.

***ORDERED:   The Clerk's Office is directed to provide lunch for the 16 Jurors (12 plus 4 alternates) in this case.***

**12:18 p.m.   Court in recess.**

**1:37 p.m.   Court in session.**

Jury present.

1:38 p.m.   Closing argument begins by Mr. Leedy.

2:42 p.m.   Rebuttal argument by Mr. Holloway.

3:22 p.m.   Alternates disclosed.

3:23 p.m.   CSO sworn.

Further instruction by the Court.

3:26 p.m.   Jury excused to begin deliberations.

**3:27 p.m.   Court in recess.**
Trial continued.
Time in court - 4 hours, 39 minutes.

*The Jury recessed deliberations at 4:00 p.m.   The Jury tendered a "Jury Note" stating that deliberations will resume tomorrow morning at 9:00 a.m.*