**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.12-cr-00033-JLK

UNITED STATES OF AMERICA,
    Plaintiff,
v.

1.    **JAMSHID MUHTOROV,**

    Defendant.

---

**MR. MUHTOROV'S MOTION FOR EVIDENTIARY HEARING AND FOR COURT ORDER REQUIRING THE UNITED STATES MARSHALS AND COURT SECURITY OFFICERS TO RELEASE ALL REPORTS AND VIDEO SURVEILLANCE REGARDING THE JUNE 14, 2018 INCIDENT**

---

"In essence, the right to jury trial guarantees to the criminally accused a fair trial by a panel of impartial, 'indifferent' jurors. The failure to accord an accused a fair hearing violates even the minimal standards of due process." *Irvin v. Dowd*, 366 U.S. 717, 81 S.Ct. 1639, 6 L.Ed.2d 751 (1961).

Mr. Muhtorov, through undersigned counsel, respectfully requests the court hold an evidentiary hearing beginning on Monday, June 18, 2018 at 8:00 a.m.  Based on multiple interviews conducted by counsel on June 15, 2018, there is a strong likelihood a mistrial is warranted following the situation that occurred with many jurors on June 14, 2018.  The reactions by the jurors to the June 14, 2018 situation reflects their feelings of insecurity and suggests a strong chance the jurors involved cannot be fair for reasons unrelated to the evidence in the case.  The jurors' reaction also demonstrates an inherent bias against Mr.

Muhtorov and the inability of the jurors to fairly evaluate the evidence. At a minimum the situation reflects or contributes to prejudice against Mr. Muhtorov that prevents him from receiving impartial consideration of his case from the jurors involved.  Mr. Muhtorov believes that once the record is developed fully about what happened, it will be apparent that this problem cannot by cured by an instruction to the jury along the lines of that proposed by the Court.

For these reasons, Mr. Muhtorov requests the evidentiary hearing so the facts surrounding the episode or incident that occurred June 14, 2018 are part of the record.

Mr. Muhtorov requests the following witnesses testify at the hearing: Court Security Officers Jennifer Albertson and Chris Martinez; Deputy United States Marshals Blue Jones, Jason Brackett, Joe Braaten, Erik Helsing and McGovern; Ruthann Kallenberg and Nargiza Muhtorova; and the individual jurors who were involved. Counsel for Mr. Muhtorov will have as many of the above witnesses prepared to testify as possible. Based on interviews conducted by defense counsel, it seems jurors 76, 388, and 408 were involved as well as at least 2 other female jurors – perhaps an additional 4 jurors.  (There was a phone message left for Ms. Abiakam regarding the incident from one juror who described the jurors as "all freaking out."  This juror identified himself/herself by number in the message although that was redacted from counsel's copy).

In speaking with several of the above witnesses, counsel understands reports were generated by the marhsals service and perhaps, court security officers, following the incident.  It also appears there may be video surveillance

that will show 1) which jurors were involved; 2) the deputy marshals leaving the building who approached Ms. Muhtorova; and 3) possibly Ms. Muhtorova standing across the street from the courthouse.  Supervisory Assistant United States Marshal Melissa Duffey inquired of general counsel about providing counsel with the reports and surveillance and was advised she could not do so without a Court Order.

As noted above, Mr. Muhtorov does not believe the Court's proposed Jury Advisement – provided to counsel on June 15, 2018 – can cure the problems created by this unfortunate incident.  Nor can it erase the underlying issues – including juror apprehensiveness – that gave rise to this reaction.  This will be more clear once the full picture of what occurred, and the juror's reactions, are developed at the hearing.

WHEREFORE, Mr. Muhtorov requests this court (1) Conduct an evidentiary hearing to begin on Monday, June 18, 2018 at 8:00 a.m.; and (2) Order the United States Marshals and Court Security to provide any and all reports and video surveillance regarding the June 14, 2018 incident.

Respectfully submitted this 15th day of June, 2018,

*s/Kathryn J. Stimson*

_____
Kathryn J. Stimson
Attorney for Mr. Muhtorov
kstimson@hmflaw.com
150 East 10th Avenue
Denver, CO 80203
303-831-7364

## CERTIFICATE OF SERVICE

      I hereby certify that on June 15, 2018 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Beth.Gibson@usdoj.gov
Joshua.Bitton@ic.fbi.gov
Kenneth.Harris6@ic.fbi.gov
stephanie.price1@usdoj.gov
brian@sgslattorneys.com
David.Tonini@usdoj.gov
savmaster@aol.com
davidbsavitz@gmail.com
tbirdthompson@gmail.com
emboehme@gmail.com
Gregory.Holloway@usdoj.gov
Maureen.Carle@usdoj.gov
jacob_rasch-chabot@fd.org
julia.martinez@usdoj.gov
brittany.herrera@usdoj.gov
celine.grisham@usdoj.gov,
kate@sgslattorneys.com
mitchbaker@estreet.com
ptoomey@aclu.org
Rick_Williamson@fd.org

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:   Jamshid Muhtorov

                                          */s/* Kathryn J. Stimson_____
                                          Kathryn J. Stimson
                                          Attorney for Mr. Muhtorov
                                          kstimson@hmflaw.com
                                          150 East 10th Avenue
                                          Denver, CO 80203
                                          303-831-7364