# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Senior Judge John L. Kane

Date:  June 18, 2018             Deputy Clerk: Bernique Abiakam
                                 Court Reporter: Terri Lindblom

Interpreter: Irina Kamensky

---

Criminal Action No.:12-cr-00033-JLK-1

UNITED STATES OF AMERICA,         Gregory A. Holloway
                                  Julia K. Martinez

    Plaintiff,

v.

1.   JAMSHID MUHTOROV,            Kathryn J. Stimson
                                  Brian R. Leedy
                                  Warren R. Williamson

    Defendant.

---

## AMENDED COURTROOM MINUTES

### Jury Trial Day 17

*All members of the Jury were expected to arrive at 9:00 a.m. to resume deliberations.*

*Juror #565 is excused, due to a family emergency, and replaced with the 1st randomly selected alternate, Juror #549*

**ORDERED:  Jury shall cease deliberations until today's Evidentiary Hearing is completed.**

**ORDERED: The Clerk's Office is directed to provide lunch for the 12 deliberating Jurors plus 3 alternate Jurors in this case.**

1:44 p.m.     ORDERED: Jury may resume deliberations.

*The Jury recessed deliberations at 4:20 p.m.   The Jury tendered a "Jury Note" stating that deliberations will resume Tuesday, June 19, 2018 at 9:00 a.m.*