IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00033-JLK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JAMSHID MUHTOROV,

    Defendant.

## VERDICT FORM

### COUNT 1

As to Count 1 of the Indictment, Conspiracy to Provide Material Support or Resources in the form of at least $300 to a Foreign Terrorist Organization (Instruction No. 18), we the jury unanimously find the Defendant, Jamshid Muhtorov:

   _____    NOT GUILTY

   __X__    GUILTY

### COUNT 2

As to Count 2 of the Indictment, Providing, or Attempting to Provide, Material Support or Resources in the form of at least $300 to a Foreign Terrorist Organization (Instruction No. 19), we the jury unanimously find the Defendant, Jamshid Muhtorov:

   _____    NOT GUILTY

   __X__    GUILTY

## COUNT 3

As to Count 3 of the Indictment, Providing, or Attempting to Provide, Material Support or Resources in the form of himself as personnel to a Foreign Terrorist Organization (Instruction No. 22), we the jury unanimously find the Defendant, Jamshid Muhtorov:

_____   NOT GUILTY

__X__   GUILTY

## COUNT 4

As to Count 4 of the Indictment, Providing, or Attempting to Provide, Material Support or Resources in the form of communications equipment and services to a Foreign Terrorist Organization (Instruction No. 23), we the jury unanimously find the Defendant, Jamshid Muhtorov:

__X__   NOT GUILTY

_____   GUILTY

Please sign by writing your juror number only.

_____
PRESIDING JUROR

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____

DATED this 21 day of June, 2018.