IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00033-JLK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMSHID MUHTOROV,

    Defendant.

---

### DEFENDANT MUHTOROV'S MOTION TO STRIKE DOC. 1961, GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING STATEMENT AND OBJECTIONS TO ADVISORY GUIDELINE RANGE

---

Today, at 2:38 p.m., the afternoon before sentencing, the Government filed Doc. 1961, styled as its Response to Defendant's Sentencing Statement and Objections to the Advisory Guideline Range.[1] It should be stricken.

June 22, 2018, the Court set sentencing for August 30, 2018, at 10:00 a.m. Doc. 1901.

The Court ordered the Government to file its sentencing statement by July 23, 2018. Doc. 1901. They did. Doc. 1927.[2]

The Court set the deadline for the initial presentence report for July 26, 2018. *Id.* The Probation Officer filed her initial report on time. Doc. 1929.[3]

---

[1] "Doc." means the clerk's docket. The CM/ECF notice says, "The following transaction was entered by Holloway, Gregory on 8/29/2018 at 2:28 PM MDT."
[2] This was "amended" on August 1, 2018, at Doc. 1944.
[3] As she did the final version, Doc. 1957.

The Court ordered Mr. Muhtorov to file his sentencing statement August 6, 2018. Doc. 1901. Mr. Muhtorov filed his Sentencing Statement on time. Doc. 1949.[4]

Objections to the presentence report were due August 9, 2018. *See* PSR, Doc. 1929. Mr. Muhtorov filed his Objections on time. Doc. 1951. (The Government filed none.)

The Court ordered any motions for departure or variance to be filed on or before August 16, 2018. Doc. 1901. Mr. Muhtorov filed his early. Doc. 1955. He supplemented them on time, August 16, 2018, at Doc. 1956. The Government filed none.

Responses to the motions for departure or variance were due "on or before" August 23, 2018. Doc. 1901. None were filed by the Government until today at 2:38 p.m.

Mr. Muhtorov's sentencing statement was a filed on time, as were his motions for departure and variance. The Government's filing, Doc. 1961, as a response to Mr. Muhtorov's motions for departure or variance are untimely, and in violation of the Court's order. They were due August 23, 2018. As allegedly responsive to Mr. Muhtorov's Sentencing Statement, filed August 6, 2018, 23 days ago, Doc. 1961 is inexcusably tardy, disappointing, and reflective of an attitude of contempt by the Government for Mr. Muhtorov's rights – and for him as a person – an attitude that has been clear from the outset of this six and one half year old prosecution.

Mr. Muhtorov's sentencing is a serious matter. It deserves to be treated, as does he, and as do this Court's Orders, with respect. This last minute filing by the prosecution is anything but respectful.[5]

---

[4] It was supplemented the next day, 08/07/2018, at Doc. 1950.
[5] The conclusion is even missing the customary "Respectfully Submitted." Doc. 1961, p. 7.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


/s/ Warren R. Williamson
WARREN R. WILLIAMSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email: rick.williamson@fd.org
Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

**Gregory Allen Holloway**
   Email: Gregory.Holloway@usdoj.gov

**David Alan Tonini**
   Email: David.Tonini@usdoj.gov

**Beth Gibson**
   Email: Beth.Gibson@usdoj.gov

**Julia K. Martinez**
   Email: Julia.Martinez@usdoj.gov

**Kathryn J. Stimson**
   Email: kstimson@hmflaw.com

**Brian Rowland Leedy**
   Email: bleedy@hmflaw.com

**Patrick C. Toomey**
   Email: ptoomey@aclu.org

**Jacob R. Rasch-Chabot**
   Email: Jacob_Rasch-Chabot@fd.org

**David Barry Savitz**
   Email: savmaster@aol.com

**Mitchell Baker**
   Email: mitchbaker@estreet.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Michelle D. Means, U.S. Probation officer
    Email: michelle.means@cod.uscourts.gov

    Jamshid Muhtorov
    via mail

/s/ Warren R. Williamson
WARREN R. WILLIAMSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: rick.williamson@fd.org
Attorney for Defendant