IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00033-JLK-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JAMSHID MUHTOROV,

       Defendant.

---

## NOTICE OF APPEAL

---

Jamshid Muhtorov, by and through his attorney, Assistant Federal Public Defender

Warren R. Williamson, hereby files this notice of appeal to the Tenth Circuit Court of Appeals,

and appeals the Judgment in a Criminal Case that was entered on September 4, 2018.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      /s/ Warren R. Williamson
      WARREN R. WILLIAMSON
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      Fax:  (303) 294-1192
      Email:  Rick_Williamson@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

**Gregory Allen Holloway**
Email:  Gregory.Holloway@usdoj.gov

**David Alan Tonini**
Email:  David.Tonini@usdoj.gov

**Beth Gibson**
Email:  Beth.Gibson@usdoj.gov

**Julia K. Martinez**
Email:  Julia.Martinez@usdoj.gov

**Kathryn J. Stimson**
Email:  kstimson@hmflaw.com

**Brian Rowland Leedy**
Email:  bleedy@hmflaw.com

**Patrick C. Toomey**
Email:  ptoomey@aclu.org

**Jacob R. Rasch-Chabot**
Email:  Jacob_Rasch-Chabot@fd.org

**David Barry Savitz**
Email:  savmaster@aol.com

**Mitchell Baker**
Email:  mitchbaker@estreet.com

and I hereby certify that the document or paper will be mailed or served to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Jamshid Muhtorov
hand-delivery

/s/ Warren R. Williamson
WARREN R. WILLIAMSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: rick.williamson@fd.org
Attorney for Defendant