**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**October 1, 2018**

**Elisabeth A. Shumaker**
**Clerk of Court**

———————————————

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 18-1296 |
| BAKHTIYOR JUMAEV, | (D.C. No. 1:12-CR-00033-JLK-2) |
| Defendant - Appellant. | (D. Colo.) |
| ——————————————— | |
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 18-1366 |
| JAMSHID MUHTOROV, | (D.C. No. 1:12-CR-00033-JLK-1) |
| Defendant - Appellant. | (D. Colo.) |

———————————————

## ORDER

———————————————

These matters are before the court on the parties' Joint Response Regarding Procedural Consolidation of Case Nos. 18-1366 and 18-1296. Upon careful consideration of the parties' joint response, the court directs as follows.

These appeals are procedurally consolidated for designation/preparation of the record on appeal, submission to a merits panel, and oral argument (if granted). Within ten

days of the date of this order, counsel for the appellants shall submit a joint designation of record as proposed in the parties' joint response.

Upon receipt of the record on appeal, briefing in these matters will proceed separately. Within 10 days of the docketing of the record on appeal, counsel for each appellant shall confer with counsel for the government and file proposed briefing schedules for each appeal.

        Entered for the Court,

        ELISABETH A. SHUMAKER, Clerk

        by: Chris Wolpert
           Chief Deputy Clerk